ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Restaurants Hawaii, LLC ) | ASBCA No. 59321 |
| ) | |
| Under Contract No. NNA250-12-C-0016 ) | |

APPEARANCE FOR THE APPELLANT:          Mr. George A. Vandeman
                                                                Managing Member

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
                                                                Navy Chief Trial Attorney
                                                              Taylor Ferrell, Esq.
                                                              Stephanie Cates-Harman, Esq.
                                                                Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 July 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59321, Appeal of Restaurants Hawaii, LLC, rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals